IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| **TNT SERVICES CORPORATION, LLC,** | : | No. 3:16cv1505 |
| Plaintiff | : | (Judge Munley) |
| v. | : | |
| **HOUSTON INTERNATIONAL INSURANCE GROUP and IMPERIUM INSURANCE GROUP,** | : | |
| Defendants | : | |

# ORDER

**AND NOW**, to wit, this 9th day of June 2017, the defendants' motion to dismiss the plaintiff's amended complaint (Doc. 17) is hereby **DENIED**.

BY THE COURT:

s/ James M. Munley
JUDGE JAMES M. MUNLEY
United States District Court